**STATE of Missouri, Plaintiff–Respondent,**

v.

**Jeffrey D. GAINES, Defendant–Appellant.**

**No. 61129.**

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 15, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 26, 1992.

Application to Transfer Denied Nov. 24, 1992.

Bradley S. Dede, Shaw, Howlett & Knappenberger, Clayton, for defendant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant, Jeffrey D. Gaines, appeals from his convictions, after a jury trial, for assault in the first degree and armed criminal action. He was sentenced to consecutive terms of imprisonment of seven years and three years, respectively.

No jurisprudential purpose would be served by a written opinion in this case. Defendant's convictions are affirmed. Rule 30.25(b).